February 2006                                                                                           2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re
**Leonardo, Giovanni & Leonardo, Debra Elaine**

CHAPTER: **7**

Debtor(s).    CASE NO.:

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Leonardo, Giovanni**                                    , the debtor in this case, declare under penalty
      *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Leonardo, Debra Elaine**                                    , the debtor in this case, declare under penalty
      *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **January 13, 2011**       Signature **/s/ Giovanni Leonardo**
                                                                                                                              *Debtor*

Date: **January 13, 2011**       Signature **/s/ Debra Elaine Leonardo**
                                                                                                                    *Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**$873.44**

VOID THIS IS NOT A CHECK

32530 CADEN CT
WINCHESTER CA 92596

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Debra E Leonardo
32530 Caden Ct
Winchester, CA 92596

Soc Sec #: xxx-xx-3243    Employee ID: 1
Home Department: 100 Payroll
Pay Period: 10/23/10 to 11/05/10
Check Date: 11/05/10    Check #: 10206

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount Chkg 8170 | 873.44 | 20623.06 |
| NET PAY | 873.44 | 20623.06 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1346.15 | | 30961.45 |
| EARNINGS | | | 1346.15 | | 30961.45 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 60.70 | 1438.12 |
| Medicare | | 14.20 | 336.18 |
| Fed Income Tax | M 2 | 16.95 | 457.81 |
| CA Income Tax | MI1 0 2 | 3.04 | 86.84 |
| CA Disability | | 10.77 | 255.16 |
| TOTAL | | 105.66 | 2574.11 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pre Tax Dental | 54.92 | 1263.16 |
| Pre Tax Medical | 312.13 | 6501.10 |
| TOTAL | 367.05 | 7764.33 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 873.44 | 20622.06 |

Payrolls by Paychex, Inc.    0079 0079-3W94  L&M Racing LLC • Michael W Kranyak Mbr • 5400 Rosedale Hwy • Bakersfield CA 93308

**PERSONAL AND CHECK INFORMATION**

Debra E Leonardo
32530 Caden Ct
Winchester, CA 92596

Soc Sec #: xxx-xx-3243   Employee ID: 1
Home Department: 100 Payroll
Pay Period: 11/06/10 to 11/19/10
Check Date: 11/19/10   Check #: 10212

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8170 | 873.44 | 21496.50 |
| NET PAY | 873.44 | 21496.50 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1346.15 | | 32307.60 |
| EARNINGS | | | 1346.15 | | 32307.60 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 60.70 | 1498.81 |
| Medicare | | 14.20 | 350.45 |
| Fed Income Tax | M 2 | 16.95 | 474.55 |
| CA Income Tax | MI1 0 2 | 3.04 | 89.90 |
| CA Disability | | 10.77 | 265.95 |
| TOTAL | | 105.66 | 2679.7 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pre Tax Dental | 54.92 | 1318.08 |
| Pre Tax Medical | 312.13 | 6813.30 |
| TOTAL | 367.05 | 8131.38 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 873.44 | 21496.50 |

Payrolls by Paychex, Inc.

0079 0079-3W94   L&M Racing LLC • Michael W Kranyak Mbr • 5400 Rosedale Hwy • Bakersfield CA 93308

---

Paychex, Inc.

**$873.44**

**NON-NEGOTIABLE**

VOID THIS IS NOT A CHECK

32530 CADEN CT
WINCHESTER CA 92596

**VOID** **$873.44**

Paychex, Inc.

VOID THIS IS NOT A CHECK

ORDER OF ................................................................................................ DOLLARS

32530 CADEN CT
WINCHESTER CA 92596

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

**PERSONAL AND CHECK INFORMATION**
Debra E Leonardo
32530 Caden Ct
Winchester, CA  92596

Soc Sec #: xxx-xx-3243    Employee ID: 1
Home Department: 100 Payroll
Pay Period: 11/20/10 to 12/03/10
Check Date: 12/03/10    Check #: 10218

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Chkg 8170 | 873.44 | 22369.94 |
| NET PAY | 873.44 | 22369.94 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|
| Regular | | | 1346.15 | | 33653.75 |
| EARNINGS | | | 1346.15 | | 33653.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD |
|---|---|---|---|
| Social Security | | 60.70 | 1559.52 |
| Medicare | | 14.20 | 364.85 |
| Fed Income Tax | M 2 | 16.95 | 491.55 |
| CA Income Tax | MI1 0 2 | 3.04 | 92.94 |
| CA Disability | | 10.77 | 276.18 |
| TOTAL | | 105.66 | 2785.38 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD |
|---|---|---|
| Pre Tax Dental | 54.92 | 1373.00 |
| Pre Tax Medical | 312.13 | 7125.43 |
| TOTAL | 367.05 | 8498.43 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 873.44 | 22369.94 |

Payrolls by Paychex, Inc.    L&M Racing LLC • Michael W Kranyak Mbr • 5400 Rosedale Hwy • Bakersfield CA  93308

0079 0079-3W94

**$873.44**
AMOUNT

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Paychex, Inc.

32530 CADEN CT
WINCHESTER CA 92596

VOID THIS IS NOT A CHECK

PAY TO THE ORDER OF

DOLLARS

FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
Debra E Leonardo
32530 Caden Ct
Winchester, CA 92596

Soc Sec #: xxx-xx-3243   Employee ID: 1
Home Department: 100 Payroll

Pay Period: 12/18/10 to 12/31/10
Check Date: 12/30/10   Check #: 10230

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8170 | 873.44 | 24116.82 |
| NET PAY | 873.44 | 24116.82 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1346.15 | | 36346.95 |
| EARNINGS | | | 1346.15 | | 36346.95 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| Social Security | | | 60.70 | 1680.12 |
| Medicare | | | 14.20 | 393.18 |
| Fed Income Tax | M 2 | | 16.95 | 525.41 |
| CA Income Tax | M11 0 2 | | 3.04 | 99.42 |
| CA Disability | | | 10.77 | 298.27 |
| TOTAL | | | 105.66 | 2996.40 |

### DEDUCTIONS

| DESCRIPTION | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| Pre Tax Dental | | | 54.92 | 1482.84 |
| Pre Tax Medical | | | 312.13 | 7749.80 |
| TOTAL | | | 367.05 | 9232.33 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 873.44 | 24116.82 |

Payrolls by Paychex, Inc.   0079 0079-3W94   L&M Racing LLC • Michael W Kranyak Mbr • 5400 Rosedale Hwy • Bakersfield CA 93308

| Ordinary Income/Expense | | |
|---|---|---|
| Income | | |
| 4020 · Designs | | 11,575.00 |
| Total Income | | 11,575.00 |
| Gross Profit | | 11,575.00 |
| Expense | | |
| 5000 · Consulting | | 7,234.39 |
| 7000 · General & Administration (G&A) | | |
| 7040 · Utilities | | |
| 7042 · Telephone | | |
| 7042E · Website | 150.00 | |
| Total 7042 · Telephone | 150.00 | |
| Total 7040 · Utilities | | 150.00 |
| Total 7000 · General & Administration (G&A) | | 150.00 |
| Total Expense | | 7,384.39 |
| Net Ordinary Income | | 4,190.61 |
| Net Income | | **4,190.61** |